JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLY J. NETEL, et al., | Case No. SA CV 11-1935 FMO (RNBx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| LISA NETEL, et al., | |
| Defendants. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiffs' action is dismissed with prejudice.

Dated this 18th day of February, 2015.

/s/
Fernando M. Olguin
United States District Judge